

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| WANDA CALCOTE COUTEE | : | DOCKET NO. 07-1703 |
| VS. | : | JUDGE MINALDI |
| WAL-MART LOUISIANA LLC | : | MAGISTRATE JUDGE KAY |

### JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

ORDERED that plaintiffs' motion to remand [doc. # 10] be, and it is hereby DENIED.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this ___5___ day of ___March___, 2008.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE